DocuSign Envelope ID: 93575C1A-FD96-4F5B-83FB-CEC02BAE0CCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>HUCKBERRY INC.,<br><br>                    Defendant. | ECF CASE<br><br><br>No.: 1:19-cv-4668 (FB)(SMG) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant having not served an answer or a motion for summary judgment,
Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss
this action with prejudice, resolving all matters in dispute having been made and each
party to bear his/its own fees and costs.

Dated: __December 16___ 2019
          New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 101707-1830
Doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: __12/18/2019_____ 2019
          San Francisco, California

DocuSigned by:
*Lisa Liu*
BAA30C6A30AD4BF...
Lisa Liu
THE MITZEL GROUP, LLP
44 Montgomery Street, Suite 1660
San Francisco, California 94104
lisaliu@mitzelgroup.com
415.742.4972
*Attorneys for Defendant*

0346-001/00308807-2